COSTE, Respondent, v. JABAUT, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Henry Coste, Jr., against Frank Jabaut. No opinion. Order affirmed, without costs.

CRAMP v. DADY et al. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Herbert W. Cramp against Chester A. Dady and others.

PER CURIAM. On two days' notice to their opponent, let the counsel for the parties prevailing upon the appeal submit a memorandum of what findings of the trial court should be disapproved or modified, in accord with the opinion handed down by this court, and also such findings, if any, which they think should be made in accord with such opinion. See, also, 147 N. Y. Supp. 619.

CRANFORD v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Charles Cranford against the Brooklyn Heights Railroad Company. No opinion. Motion granted, without costs. See, also, 148 N. Y. Supp. 1111.

CRANFORD v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Charles Cranford against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal denied, without costs. See, also, 148 N. Y. Supp. 1111.

CRAPRIZZIO v. CENTRAL NEW ENGLAND R. CO. (No. 5985.) (Supreme Court, Appellate Division, First Department. June 19, 1914. Appeal from Trial Term, New York County. Action by Guisippe Craprizzio against the Central New England Railway Company. Judgment for plaintiff. Motion for new trial denied, and defendant appeals. Judgment and order reversed, and new trial ordered. J. W. Carpenter, of Brooklyn, for appellant. Frederick Hemley, of New York City, for respondent.

PER CURIAM. We think the finding of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence was against the weight of evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to appellant to abide the event.

INGRAHAM, P. J., concurs in the reversal, upon the ground that the evidence is insufficient to justify the finding of the jury that the defendant was guilty of negligence.

In re CUNNINGHAM. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Daniel Cunningham, deceased. No opinion. Order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1105.

CURRO, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Onofrio Curro against the New York, Ontario & Western Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decisions, see 147 N. Y. Supp. 1105, 1106.

CUSTAR v. ABBOTT. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Ignatius Custar against William L. Abbott. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

DAHLMAN v. GLOBE STORAGE & CARPET CLEANING CO. (No. 5935.) (Supreme Court, Appellate Division, First Department. June 12, 1914.) Appeal from Trial Term, New York County. Action by Paul Dahlman against the Globe Storage & Carpet Company. From judgment for plaintiff, and from an order denying new trial, defendant appeals. Reversed, and complaint dismissed. Theodore H. Lord, of New York City, for appellant. George Wolf, of New York City, for respondent.

PER CURIAM. We think there is no evidence to justify a finding that the defendant was negligent, or that the plaintiff was free from contributory negligence. The judgment and order appealed from are therefore reversed, with costs, and the complaint dismissed.

In re DALY'S ESTATE. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of the estate of Catherine E. Daly, deceased.

PER CURIAM. Order affirmed, with costs. Order filed. See, also, 79 Misc. Rep. 586, 141 N. Y. Supp. 199.

INGRAHAM, P. J., and DOWLING, J., dissent.

D'ANGELO v. CIPOLLA et al. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Antonio D'Angelo against Carmine Cipolla and one Bernhardt. Judgment for plaintiff, and defendants appeal. Judgment as to defendant Bernhardt affirmed, and judgment as to defendant Cipolla reversed, and complaint dismissed. R. C. Burlando, of New York City, for appellants. M. Hart, of New York City, for respondent.

PER CURIAM. The testimony in this case is wholly insufficient to charge the defendant Cipolla with liability. There is no competent evidence that Bernhardt and Cipolla were partners in the hiring of the tools and machinery, or even partners at the time of such hiring. As to whether or not Bernhardt hired the material was a question of fact, upon which there was a dispute, and the finding of the lower court should not be disturbed. Judgment as to defendant Bernhardt affirmed, with costs. Judgment as to defendant Cipolla reversed, with costs, and complaint dismissed, with costs.